**Electronically Filed
Supreme Court
SCEC-22-0000707
08-FEB-2023
11:26 AM
Dkt. 87 ODMR**

SCEC-22-0000707

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

J. NOELANI AHIA, SHAYNE NAMEAAEA HOSHINO, KACI-CHEREE DIZON, SHAWN-CHRISTIAN DIZON, CODY NEMET, FAY MCFARLANE, NORRIS MCFARLANE, JADE CHIHARA, KEVIN BLOCK, OLIVIA NGUYEN, TRINETTE FURTADO, KEISA LIU, CAROL LEE KAMEKONA, EMILIE VINCENT, LAURA JOHNSON, HARRY JOHNSON, SARA TEKULA, RENA BLUMBERG, MAYA MARQUEZ, JASON MEDINA, STACEY MONIZ, CHRISTY KAHOOHANOHANO, REAGAN KAHOOHANOHANO, ZION EBBERSON, RAUL GOODNESS, TERRILL JAMES KANE ALII WILLIAMS, LORI SIERRA KNIGHT, GRETCHEN LEISENRING, JONATH PADILLA, ALENA ORNELLAS, and SANDRA IMBERI IOAKIMI, Plaintiffs,

vs.

ALICE L. LEE, KATHY L. KAOHU, County Clerk, County of Maui, and SCOTT T. NAGO, Chief Elections Office, State of Hawaiʻi, Defendants.

_____

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Eddins, JJ.;
and Wilson, J., dissenting)

Upon consideration of the Plaintiffs' January 30, 2023 motion for reconsideration of the January 20, 2023 Findings of Fact, Conclusions of Law, and Judgment, and the record in this matter, this court has not overlooked or misapprehended points

of law or fact.  <u>See</u> Hawai'i Rules of Appellate Procedure Rule 40(b).  Accordingly, it is ordered that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, February 8, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

